MICHELE POWER
SEAN BROWN
WHITNEY POWER
POWER AND BROWN, LLC
P.O. BOX 1809
BETHEL, ALASKA 99559
Telephone: (907) 543-4700
Facsimile: (888) 887-1146

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EUGENE PELTOLA, JR.,<br><br>               Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Case No. _____  Civ ( \_\_\_\_\_)<br><br>**COMPLAINT FOR DAMAGES** |

For his complaint, plaintiff, by and through counsel Power and Brown, LLC, alleges as follows:

Parties and Jurisdiction

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. Jurisdiction is based on 28 U.S.C. § 1346(a) (2) and 1346(b).

2. Plaintiff submitted a timely administrative claim based on the facts alleged herein

- 1 -

to the Department of Health & Human Services. More than six months has passed since the receipt of that claim, which has been neither admitted nor denied. The claim is deemed by plaintiff to be denied, pursuant to 26 U.S.C. § 2675.

3. At the time of the conduct that forms the basis for the allegations in plaintiff's Complaint, the Alaska Native Medical Center ("ANMC") was carrying out a compact agreement with the Indian Health Service, and is deemed to be part of the Indian Health Service in the Department of Health and Human Services of the United States of America pursuant to Public Law 101-512, Title III, section 314.

Common Factual Allegations

4. At the time of the conduct that forms the basis for the allegations in Plaintiffs' Complaint, Plaintiff Eugene Peltola, Jr. was a resident of Bethel, Alaska.

5. On or about June 17, 2011, Plaintiff underwent laminotomies, foraminotomies, mesial facetectomies and partial discectomy at the ANMC.

6. Dr. Susanne Fix performed the surgery using a Nuvasive medical device.

7. Dr. Fix is an owner of the company that distributes Nuvasive products in Alaska.

8. On or about March 1, 2013, Plaintiff underwent a decompression and fusion with spinal instrumentation and removal of the hardware from the June 17, 2011 surgery.

9. Dr. Fix's conduct demonstrated a deliberate disregard of Plaintiffs' rights and constitutes an extreme departure from the standard of care under the

circumstances.

10. As a result, Plaintiff suffered extreme pain, discomfort, inconvenience, lost wages lost subsistence, and lost non-market. Further, he was forced to undergo corrective surgery.

## Claim for Relief: Negligence

11. Plaintiff incorporates by reference all prior allegations herein.

12. The examination, care and control of the treatment of Plaintiff was performed by employees of the ANMC, through the Department of Health and Human Services, an agency of the United States of America. At all relevant times herein, said employees were acting within the scope of their employment.

13. In the aforesaid examination and control of the care and treatment of Plaintiff, the defendant's employees negligently failed to possess that degree of knowledge and skill ordinarily possessed and exercised at the time by other health care providers in the field or specialty in which they were practicing.

14. As a proximate result of the negligence of the employees and agents of the defendant, Plaintiff suffered pecuniary damages.

15. As a proximate result of negligence of the employees and agents of the defendant, physical injury, emotional distress, pain and suffering, inconvenience, loss of enjoyment of life, in an amount to be proven at trial

## PRAYER FOR RELIEF

WHEREFORE plaintiff demands judgment for compensatory damages in excess of $5,000,000, the precise amount to be proven at trial, plus allowable costs, interest, and attorneys' fees.

RESPECTFULLY SUBMITTED this 17th day of December, 2013, at Bethel, Alaska.

s/ Michele L. Power
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (888) 887-1146
E-mail: admin@powerbrown.com
ABA No. 9510047
