MICHELE POWER
SEAN BROWN
WHITNEY POWER
POWER AND BROWN, LLC
P.O. BOX 1809
BETHEL, ALASKA 99559
Telephone: 907-543-4700
Facsimile: 888-887-1146

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EUGENE PELTOLA, JR.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:13-CV-00230 (SLG)<br><br>**AMENDED COMPLAINT** |

For his amended complaint, plaintiff, by and through counsel Power and Brown, LLC, alleges as follows:

Parties and Jurisdiction

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. Jurisdiction is based on 28 U.S.C. § 1346(a) (2) and 1346(b).

2. Plaintiff submitted a timely administrative claim based on the facts alleged herein

- 1 -

to the Department of Health & Human Services. More than six months has passed since the receipt of that claim, which has been neither admitted nor denied. The claim is deemed by plaintiff to be denied, pursuant to 26 U.S.C. § 2675.

3. At the time of the conduct that forms the basis for the allegations in plaintiff's Complaint, the Alaska Native Medical Center ("ANMC") was carrying out a compact agreement with the Indian Health Service, and is deemed to be part of the Indian Health Service in the Department of Health and Human Services of the United States of America pursuant to Public Law 101-512, Title III, section 314.

Common Factual Allegations

4. At the time of the conduct that forms the basis for the allegations in Plaintiffs' Complaint, Plaintiff Eugene Peltola, Jr. was a resident of Bethel, Alaska.

5. On or about June 17, 2011, Plaintiff underwent laminotomies, foraminotomies, mesial facetectomies and partial discectomy at the ANMC.

6. Prior to the surgery, Plaintiff executed a consent for surgery on his L4 and L5 vertebrae. However, Dr. Susanne Fix performed surgery on Plaintiff's L2 and L3 vertebrae.

7. Dr. Fix performed the surgery using a Nuvasive medical device.

8. Dr. Fix is an owner of the company that distributes Nuvasive products in Alaska.

9. On or about March 1, 2013, Plaintiff underwent a decompression and fusion with spinal instrumentation and removal of the hardware from the June 17, 2011

surgery.

10. Dr. Fix's conduct demonstrated a deliberate disregard of Plaintiffs' rights and constitutes an extreme departure from the standard of care under the circumstances.

11. As a result, Plaintiff suffered extreme pain, discomfort, emotional distress, inconvenience, loss of enjoyment of life, medical expenses, lost wages, lost subsistence, and lost non-market. Further, he was forced to undergo corrective surgery.

<u>Claim for Relief:</u>
<u>Count I – Medical Negligence</u>

12. Plaintiff incorporates by reference all prior allegations herein.

13. The examination, care and control of the treatment of Plaintiff was performed by employees of the ANMC, through the Department of Health and Human Services, an agency of the United States of America. At all relevant times herein, said employees were acting within the scope of their employment.

14. In the aforesaid examination and control of the care and treatment of Plaintiff, the defendant's employees negligently failed to possess that degree of knowledge and skill ordinarily possessed and exercised at the time by other health care providers in the field or specialty in which they were practicing.

15. As a proximate result of the negligence of the employees and agents of the defendant, Plaintiff suffered pecuniary damages.

16. As a proximate result of negligence of the employees and agents of the defendant, Plaintiff suffered physical injury, emotional distress, pain and suffering, inconvenience, loss of enjoyment of life, medical expenses, lost wages, lost non-market, and lost subsistence in an amount to be proven at trial.

## Count II – Medical Battery

17. Plaintiff incorporates all preceding paragraphs of this complaint.

18. A health care provider commits a common battery on a patient if a medical procedure is performed without the patient's consent.

19. Dr. Susanne Fix performed surgery on Plaintiff's L2 and L3 vertebrae without Plaintiff's consent.

20. Dr. Fix exceeded the scope of Plaintiff's consent and as a result, committed battery.

21. As a result, Plaintiff suffered physical injury, emotional distress, pain and suffering, inconvenience, loss of enjoyment of life, medical expenses, lost wages, lost non-market, and lost subsistence in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff demands judgment for compensatory damages in excess of $5,000,000, the precise amount to be proven at trial, plus allowable costs, interest, and attorneys' fees.

RESPECTFULLY SUBMITTED this 11th day of June, 2014, at Bethel, Alaska.

                              s/ Michele L. Power
                              P.O. Box 1809
                              Bethel, Alaska 99559
                              Phone: (907) 543-4700
                              Fax: (888) 887-1146
                              E-mail: admin@powerbrown.com
                              ABA No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on the 11th day of
June, 2014, a copy of this document was
served electronically and mailed (with attachments)
 to on the person(s) listed below:

Richard Pomeroy, Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513
Richard.pomeroy@usdoj.gov


By:   s/ Sarah Dronenburg