KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska   99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.pomeroy@USDOJ.GOV

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| EUGENE PELTOLA, JR., | ) | Case No. 3:13-cv-00230- SLG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

The Plaintiff and defendant United States of America, via undersigned counsel, stipulate that all claims that were asserted or that could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED this ___ day of _____, 2016, in Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        s/Richard L. Pomeroy
        Assistant U.S. Attorney
        Attorney for Defendant

        POWER & BROWN LLC

        s/Michele Power (consent)
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2016,
a copy of the foregoing
was served via electronic service on:

Michele L. Power

s/Richard L. Pomeroy
Assistant United States Attorney