# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

EUGENE PELTOLA, JR.,

                Plaintiff,

   v.

UNITED STATES OF AMERICA,

                Defendant.

Case No. 3:13-cv-00230-SLG

## ORDER OF DISMISSAL

Upon consideration of the parties' Stipulation of Dismissal (Docket 31 and 32), the Court hereby APPROVES the stipulation.

IT IS ORDERED that this action is DISMISSED with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

DATED this 8th day of January, 2016 at Anchorage, Alaska.

                                      */s/ Sharon L. Gleason*
                                      UNITED STATES DISTRICT JUDGE